FILED
2009 Jun-24 AM 09:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

FILED
09 JUN 24 AM 9:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| ANDY CALVIN MAYFIELD, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )  Civil Action No. CV 08-S-1811-NE |
| | ) |
| WARDEN BILLY MITCHEM; | ) |
| ATTORNEY GENERAL FOR | ) |
| THE STATE OF ALABAMA, | ) |
| | ) |
| Respondents. | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed findings and recommendation on April 29, 2009, recommending that the petition for writ of habeas corpus be denied. On May 18, 2009 petitioner's motion for extension of time to file objections was granted until June 19, 2009. Petitioner filed objections to the findings and recommendation (docs. 16 and 17).

Having carefully reviewed and considered *de novo* all the materials in the court file, including the findings and recommendation and the objections filed by the petitioner, the Court is of the opinion that the magistrate judge's findings are due to be and are hereby ADOPTED and his recommendation is ACCEPTED. Accordingly, petitioner's objections are due to be OVERRULED and the petition for writ of habeas corpus DENIED. A Final Judgment will be entered.

As to the foregoing it is SO ORDERED this the 23rd day of June, 2009.

_Sharon Lovelace Blackburn_
SHARON LOVELACE BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE